## HELEN D. LEGNOS *v.* PETER J. LEGNOS

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 927 (AC 16837), is denied.

*Peter J. Legnos*, pro se, in support of the petition.

Decided April 8, 1998

## FREDERICK CURRIER *v.* PATRICK CURRIER

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 940 (AC 17148), is denied.

*Ian A. Cole*, in support of the petition.

*Jeffrey D. Ginzberg*, in opposition.

Decided April 8, 1998

## MIDSTATES RESOURCES CORPORATION *v.* REX K. COLLUM ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 47 Conn. App. 936 (AC 17448), is denied.

MCDONALD, J., did not participate in the consideration or decision of this petition.

*John R. Williams*, in support of the petition.

*Thomas J. Sansone*, in opposition.

Decided April 8, 1998